Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Attorneys for Plaintiff
Keivan Sarraf, DDS, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEIVAN SARRAF, DDS, INC., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>RAYMOND J. MAGNO d/b/a ECOBEAR and d/b/a ECOBEAR BIOHAZARD CLEANING COMPANY and EMILY KIL d/b/a ECOBEAR and ECOBEAR BIOHAZARD CLEANING COMPANY,<br><br>                    Defendants. | **CASE NO. 2:20-cv-05708-JAK-RAO**<br><br>**NOTICE OF SETTLEMENT**<br><br>**Hon. John A. Kronstadt**<br><br>**Compliant Filed: June 26, 2020** |

PLEASE TAKE NOTICE that Plaintiff, Keivan Sarraf, DDS, Inc., through counsel hereby informs the Court that the parties have reached a settlement of Plaintiff's individual claims in this matter. The parties are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated:  April 09, 2021              EDWARDS POTTINGER LLC

                                    By */s/ Seth M. Lehrman*
                                       SETH M. LEHRMAN
                                       Attorneys for Plaintiff
                                       Keivan Sarraf, DDS, Inc.

-1-

# PROOF OF SERVICE

Pursuant to L.R. 5-3.1.2, I certify that I am over the age of 18 and not a party to this case. My business address is 425 N. Andrews Ave., Suite 2, Fort Lauderdale, Florida 33301. A true and correct copy of the foregoing document will be served on April 9, 2021, E-mail on the people listed below:

Raymond Magno
ray@ecobear.co
Emily Kil
emily@ecobear.co
3740 Alta Mesa Drive
Studio City CA 91604
Telephone: 818-358-4359

By: */s/ Seth M. Lehrman*
      Seth M. Lehrman