1  Seth M. Lehrman (178303)
   seth@epllc.com
2  EDWARDS POTTINGER LLC
   425 North Andrews Avenue, Suite 2
3  Fort Lauderdale, FL 33301
   Telephone: 954-524-2820
4  Facsimile:  954-524-2822

5  *Attorneys for Plaintiff*
   *Keivan Sarraf, DDS, Inc.*
6
   Raymond Magno
7  Emily Kil
   ecobearclean@gmail.com
8  ray@ecobear.com
   ECO BEAR
9  3740 Alta Mesa Drive
   Studio City CA 91604
10 Telephone: 818-358-4359

11 *Pro Se Defendants*

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 | KEIVAN SARRAF, DDS, INC., | ) | **CASE NO. 2:20-cv-05708-JAK-RAO**
16 | individually and on behalf of all others similarly situated, | ) |
17 | | ) | **STIPULATION FOR DISMISSAL**
   | Plaintiff, | ) |
18 | v. | ) | **Hon. John A. Kronstadt**
19 | RAYMOND J. MAGNO d/b/a ECOBEAR and d/b/a ECOBEAR BIOHAZARD CLEANING | ) | **Compliant Filed: June 26, 2020**
20 | COMPANY and EMILY KIL d/b/a ECOBEAR and ECOBEAR | ) |
21 | BIOHAZARD CLEANING COMPANY, | ) |
22 | | ) |
23 | Defendants. | ) |

24

25     The Plaintiff, Keivan Sarraf, DDS, Inc., and Defendants, Raymond J. Magno

26 d/b/a EcoBear and d/b/a EcoBear Biohazard Cleaning Company and Emily Kil

27 d/b/a EcoBear and EcoBear Biohazard Cleaning Company, by and through their

28 respective attorneys and themselves, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

1  hereby stipulate and agree to voluntary dismisses with prejudice, the complaint and
2  all claims alleged therein in its individual capacity against Raymond J. Magno d/b/a
3  EcoBear and d/b/a EcoBear Biohazard Cleaning Company and Emily Kil d/b/a
4  EcoBear and EcoBear Biohazard Cleaning Company ("Defendants"), and dismisses
5  all class claims alleged against Defendants without prejudice.  Each Party shall bear
6  their own respective costs and attorneys' fees.  This Stipulation for Dismissal
7  disposes of the entire action.

DATED:  April 23, 2021             EDWARDS POTTINGER LLC

                                   By: */s/ Seth M. Lehrman*
                                        Seth M. Lehrman
                                        Attorney for Plaintiff
                                        Keivan Sarraf, DDS, Inc.

DATED:  April 23, 2021             ECOBEAR

                                   By:  */s/ Emily Kil*
                                        Emily Kil

                                   By:  */s/ Raymond Magno*
                                        Raymond Magno
                                        Pro Se Defendant

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Raymond Magno and Emily Kil, Pro Se Defendants, and that I obtained Ms. Kil's and Mr. Magno's authorization to file this document.

                                   By: */s/ Seth M. Lehrman*
                                        Seth M. Lehrman