# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIVAN SARRAF, DDS, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>RAYMOND J. MAGNO d/b/a ECOBEAR and d/b/a ECOBEAR BIOHAZARD CLEANING COMPANY and EMILY KIL d/b/a ECOBEAR and ECOBEAR BIOHAZARD CLEANING COMPANY,<br><br>　　　　　　　　Defendants. | CASE NO. 2:20-cv-05708-JAK-RAO<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL (DKT. 35)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation for Dismissal (the Stipulation" (Dkt. 35)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED, and this action is **DISMISSED WITH PREJUDICE** as to the individual claims brought by Plaintiff Keivan Sarraf, DDS, Inc. All class claims alleged against Defendants are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: April 28, 2021

_____

John A. Kronstadt
United States District Judge